**Myriaatrice L.S. CALDWELL,
Plaintiff—Appellant,**

v.

**Margaret DOUGLAS; et al.,
Defendants—Appellees.**

No. 04–17156.
D.C. No. CV–03–00158–PMP.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 14, 2005.

Myriaatrice L.S. Caldwell, Las Vegas, NV, pro se.

Lorna Li, Office of the General Counsel, San Francisco, CA, for Defendants–Appellees.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Appeal from the United States District Court for the District of Nevada, Philip M. Pro, District Judge, Presiding.

Before GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Myriaatrice L.S. Caldwell appeals pro se from the district court's order dismissing her action alleging Social Security Administration workers violated her civil rights in the process of terminating her disability benefits. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Butler v. Apfel*, 144 F.3d 622, 624 (9th Cir.1998) (per curiam), and we affirm.

The district court properly concluded that Caldwell could not bring a *Bivens* action alleging constitutional violations occurred in the course of determining her entitlement to Social Security disability benefits. *See Schweiker v. Chilicky*, 487 U.S. 412, 423–24, 108 S.Ct. 2460, 101 L.Ed.2d 370 (1988) (limiting remedies to those specifically provided for in the Social Security Act).

The remaining contentions lack merit.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

